| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>John J. Regan (Pro Hac Vice)<br>Donald R. Steinberg (Pro Hac Vice)<br>Vinita Ferrera (Pro Hac Vice)<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>COOLEY GODWARD LLP<br>Thomas J. Friel, Jr. (No. 80065)<br>Kenneth B. Opplinger (No. 219095)<br>One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111-3580<br>Telephone: (415) 693-2000<br>Facsimile: (415) 951-3699<br><br>Attorneys for Plaintiffs ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC | LEWIS BRISBOIS BISGAARD & SMITH L.L.P.<br>David E. Reynolds (No. 72362)<br>Kenneth D. Watnick (No. 150936)<br>James C. Tran (No. 206483)<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900<br><br>ALSCHULER GROSSMAN STEIN & KAHAN LLP<br>Terry D. Garnett (No. 151212)<br>Vincent K. Yip (No. 170665)<br>Peter J. Wied (No. 198475)<br>Jay C. Chiu (No. 205385)<br>The Water Garden<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Telephone: 310-907-1000<br>Facsimile: 310-907-2000<br><br>Attorneys for Defendants<br>Foxconn Electronics, Inc., Foxconn Technology Co., Ltd. and Hon Hai Precision Industry Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS AUTOMATION TOOLING SYSTEM, INC. AND THERMAL FORM & FUNCTION LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FOXCONN ELECTRONICS, INC., FOXCONN PRECISION COMPONENTS CO., LTD., HON HAI PRECISION INDUSTRY CO., LTD., and DOES 1 THROUGH 10,<br><br>Defendant. | CASE NO. C03-2648 PJH<br><br><br>SUPPLEMENTAL JOINT CLAIM CONSTRUCTION STATEMENT |

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

**SUPPLEMENTAL JOINT CLAIM CONSTRUCTION STATEMENT**
CASE NO. C03-2648 PJH

Pursuant to the Court's Order at the August 18, 2004 *Markman* hearing, the Parties have met and conferred about each Party's proposed claim constructions. The Parties have mutually agreed that the claim term "fins" should be construed as "projections for increasing heat transfer from an object, excluding pin-shaped fins" and ask the Court to construe the term accordingly.

DATED: August 25, 2004  WILMER CUTLER PICKERING HALE AND DORR LLP

By /s/ John J. Regan
    John J. Regan
    Attorneys for Plaintiffs ATS Automation Tooling
    Systems, Inc. and Thermal Form & Function, LLC

DATED: August 25, 2004  ALSCHULER GROSSMAN STEIN & KAHAN LLP

By /s/ Peter J. Wied
    Peter J. Wied
    Attorneys for Defendants
    Foxconn Electronics, Inc., Foxconn Technology Co.,
    Ltd. and Hon Hai Precision Industry Co., Ltd.

I attest under penalty of perjury that concurrence in the filing of the above Supplemental Joint Claim Construction Statement has been obtained from John J. Regan, counsel for Plaintiffs ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC.

By /s/ Peter J. Wied
    Peter J. Wied
    Attorneys for Defendants
    Foxconn Electronics, Inc., Foxconn Technology Co.,
    Ltd. and Hon Hai Precision Industry Co., Ltd.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

**SUPPLEMENTAL JOINT CLAIM
CONSTRUCTION STATEMENT**
CASE NO. C03-2648 PJH