# EXHIBIT G

# Webster's II
## New College Dictionary



Houghton Mifflin Company

*Boston · New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2001, 1999, 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5
ISBN 0-618-16903-2 (paper-over-boards binding)

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
    p.    cm.
  ISBN 0-395-70869-9 (alk. paper)
  1. English language – Dictionaries.   I. Webster's II new Riverside
  University dictionary
  PE1628.W55164         1995
  423–dc20                                                 95-5833
                                                                         CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit the Houghton Mifflin website on the World Wide Web at http://www.houghtonmifflinbooks.com.

Printed in the United States

become concentrated, directed, or attached 2. To become stable or firm : HARDEN. 3. *Regional.* To intend <was *fixing* to go home> —*n* 1. A difficult or embarrassing position. 2. The position of a ship, aircraft, etc., as determined by observations or radio 3. An instance of arranging for special consideration or exemption from a requirement, esp. by means of bribery 4. *Slang* An intravenous injection of a narcotic —**fix′a·ble** *adj* —**fix′er** *n*

**fix·ate** (fĭk′sāt′) *v.* **-at·ed, -at·ing, -ates.** —*vt* 1. To make fixed, stable, or stationary. 2. To focus one's eyes or concentrate one's attention on 3. *Psychol.* To attach (oneself) to a person or thing in an immature or neurotic way. —*vi* 1. To focus or concentrate one's attention 2. *Psychol.* a. To form a fixation b. To be arrested at an immature stage of psychosexual development

**fix·a·tion** (fĭk-sā′shən) *n* 1. The act or process of fixing or fixating 2. *Psychol.* A strong attachment to a person or thing, esp such an attachment formed in childhood or infancy and persisting in immature or neurotic behavior.

**fix·a·tive** (fĭk′sə-tĭv) *n* Something that fixes, protects, or preserves, esp : a. A liquid preservative applied to artwork, as water-color paintings or charcoal drawings. b. A solution used to preserve fresh tissue for microscopic examination c. A liquid mixed with perfume to prevent rapid evaporation. —**fix′a·tive** *adj*

**fixed** (fĭkst) *adj* 1. Being set firmly in position : STATIONARY. 2. *Chem* a. Nonvolatile b. Being in a stable combined form. 3. Not subject to change or variation : CONSTANT <a *fixed* time for the meeting> 4. Firmly, often dogmatically held <*fixed* notions> 5. Illegally prearranged as to outcome <a *fixed* football game> —**fix′ed·ly** (fĭk′sĭd-lē) *adv.* —**fix′ed·ness** (-sĭd-nĭs) *n*

**fixed head** *n* A stationary device, as a tape-recording head, that reads and imprints information on a single track of magnetic tape

**fixed oil** *n.* A nonvolatile oil, esp. a fatty oil

**fixed-point** (fĭkst′point′) *adj* Of, relating to, or being a method of writing numerical quantities with a predetermined number of digits and with the decimal placed at a single, unchanging position.

**fixed star** *n* A star so distant from the earth that its movements can be measured only by precise observations over long time periods.

**fix·ings** (fĭk′sĭngz) *pl n* *Informal.* Accessories : trimmings.

**fix·i·ty** (fĭk′sĭ-tē) *n*, *pl* **-ties.** 1. The quality or state of being fixed : STABILITY. 2. A fixed or immovable object

**fix·ture** (fĭks′chər) *n* [Var. of obs. *fixure* < LLat. *fixura* < Lat *fixus* —see FIX.] 1. Something securely fixed in place. 2. A permanently attached appendage, appliance, or device <plumbing *fixtures*> 3. *Law.* A chattel bound to realty 4. One long associated with, established in, or restricted to a given place, position, or function <a *fixture* of Paris society> 5. a. The act or process of fixing. b. The state of being fixed

**fizz** (fĭz) *vi* **fizzed, fizz·ing, fizz·es.** [Imit.] To make a hissing or bubbling sound. —*n* 1. A hissing or bubbling sound. 2. Effervescence 3. An effervescent beverage.

**fiz·zle** (fĭz′əl) *vi* **-zled, -zling, -zles.** [Prob < obs. *fist*, to break wind < ME *fisten* ] 1. To make a hissing or sputtering sound. 2. *Informal* To fail or die out, esp after a positive beginning. —*n Informal.* A fiasco : failure

**fjeld** (fyĕld) *n* [Dan. < ON *fjall.* mountain ] A high, barren plateau in Scandinavia.

**fjord** or **fiord** (fyôrd, fyōrd) *n* [Norw. < ON *fjörðr.*] A long, narrow, often deep inlet from the sea between steep cliffs and slopes

**flab** (flăb) *n* [Back-formation < FLABBY] Loose, flaccid body tissue

**flab·ber·gast** (flăb′ər-găst′) *vt* **-gast·ed, -gast·ing, -gasts.** [Orig. unknown ] To overwhelm with astonishment

**flab·by** (flăb′ē) *adj* **-bi·er, -bi·est.** [Alteration of *flappy*, tending to flap < FLAP.] 1. FLACCID 1 2. Lacking force or vitality : INEFFECTUAL —**flab′bi·ly** *adv.* —**flab′bi·ness** *n*

**fla·bel·la** (flə-bĕl′ə) *n. pl. of* FLABELLUM

**fla·bel·late** (flə-bĕl′ĭt, flăb′ə-lāt′) *adj.* [< Lat *flabellum.* small fan.] Fan-shaped

**fla·bel·li·form** (flə-bĕl′ə-form′) *adj.* Flabellate

**fla·bel·lum** (flə-bĕl′əm) *n, pl* **-bel·la** (-bĕl′ə) [Lat *flabellum.* small fan.] A fan-shaped anatomical structure

**flac·cid** (flăk′sĭd, flăs′ĭd) *adj* [Fr. *flaccide* < Lat *flaccidus* < *flaccus*, flabby] 1. Lacking firmness or resilience <*flaccid* cheeks> 2. Devoid of vigor or energy —**flac·cid′i·ty** (-sĭd′ĭ-tē), **flac′cid·ness** *n* —**flac′cid·ly** *adv.*

**flack** (flăk) *n* [Orig. unknown.] A press agent —*vi* **flacked, flack·ing, flacks.** To function as a flack —**flack′er·y** *n*

**flac·on** (flăk′ən, -ŏn) *n* [Fr < OFr, flagon ] A small, often decorative bottle with a tight-fitting cap or stopper

**flag¹** (flăg) *n.* [Orig. unknown ] 1. A piece of cloth having a distinctive size, color, and design, used as a symbol, standard, signal, or emblem 2. A marking device attached to an object to attract attention or ease identification 3. *Mus* A cross stroke added to a note that is less than a quarter note in value 4. FLAGSHIP 1 5. The masthead of a newspaper 6. A distinctively shaped or marked tail, as of a deer. 7. *Computer Sci* A bit or series of bits with two stable states, used in software to indicate a single piece of information —*vt* **flagged, flag·ging, flags.** 1. To mark with a flag 2. a. To signal to or as if with a flag

**flag³** (flăg) *vi* **flagged, flag·ging, flags.** [Orig. unknown ] 1. To hang limply : DROOP 2. To decline in strength or vigor : WEAKEN <My appetite began to *flag*> 3. To decline in interest <The conversation *flagged.*>

**flag⁴** (flăg) *n* [ME *flagge.* piece of turf < ON *flaga.* slab of stone ] 1. A slab of flagstone 2. Flagstone —*vt* **flagged, flag·ging, flags.** To pave with flags.

**Flag Day** *n* Jun 14, commemorating adoption of the official U S flag in 1777

**fla·gel·la** (flə-jĕl′ə) *n pl of* FLAGELLUM.

**flag·el·lant** (flăj′ə-lənt, flə-jĕl′ənt) *n* [Lat. *flagellans. flagellant-,* pr part of *flagellare,* to flagellate.] 1. One who whips, esp. one who scourges oneself by way of religious discipline or public penance 2. One who seeks sexual gratification in beating or being beaten by another person —**flag′el·lant·ism** *n*

**flag·el·lar** (flə-jĕl′ər) *adj* Of or relating to a flagellum

**flag·el·late** (flăj′ə-lāt′) *vt* **-lat·ed, -lat·ing, -lates.** [Lat. *flagellare, flagellat-,* to whip < *flagellum.* little whip, dim. of *flagrum,* whip.] 1. To whip or flog 2. To punish or force as if by whipping —*adj.* (-lĭt, -lāt′, flə-jĕl′ĭt). 1. Having a flagellum or flagella, as unicellular organisms of the class Flagellata or Magistophora 2. Whiplike —*n.* (-lĭt, -lāt′, flə-jĕl′ĭt). A flagellate organism

**flag·el·la·tion** (flăj′ə-lā′shən) *n* 1. The act or practice of flagellating. 2. The flagellar arrangement on an organism

**flag·el·li·form** (flə-jĕl′ə-form′) *adj* [Lat *flagellum.* little whip + FORM ] Long, thin, and tapering <*flagelliform* appendages>

**flag·el·lin** (flə-jĕl′ĭn) *n* A protein component of flagella

**flag·el·lum** (flə-jĕl′əm) *n, pl* **-gel·la** (-jĕl′ə) [Lat, little whip.] 1. *Biol* A long, filamentous process, esp one of the whiplike extensions of certain cells or unicellular organisms, usu functioning in locomotion. 2. A whip.

**flag·eo·let** (flăj′ə-lĕt′, -lā′) *n* [Fr., dim. of OFr. *flajol,* flute.] A small flutelike instrument with a cylindrical mouthpiece, four finger holes, and two thumbholes

**flag·ging¹** (flăg′ĭng) *adj* 1. Drooping : languid 2. Declining : weakening <a *flagging* economy> —**flag′ging·ly** *adv.*

**flag·ging²** (flăg′ĭng) *n.* A pavement laid with flagstones

**fla·gi·tious** (flə-jĭsh′əs) *adj* [ME *flagicious*, wicked < Lat. *flagitiosus* < *flagitium*, shameful act < *flagitare*, to incite to lewdness ] Marked by brutal or shocking crimes : VICIOUS —**fla·gi′tious·ly** *adv.* —**fla·gi′tious·ness** *n*

**flag·man** (flăg′mən) *n.* One who signals with or carries a flag

**flag officer** *n* A U.S. Navy or Coast Guard officer holding the rank of rear admiral, vice admiral, or admiral

**flag of truce** *n.* A white flag brought or displayed to an enemy as an invitation to a conference or a signal of surrender

**flag·on** (flăg′ən) *n* [ME < OFr. *flacon* < LLat. *flasco,* flask —see FLASK ] 1. A large vessel for holding wine or other liquors, usu. made of metal or pottery and having a handle and spout and often a lid 2. The quantity of liquid a flagon holds

**flag·pole** (flăg′pōl′) *n* A pole on which a flag is raised

**fla·grant** (flā′grənt) *adj* [Lat. *flagrans, flagrant-,* pr part. of *flagare,* to burn ] 1. Conspicuously bad or offensive <a *flagrant* miscarriage of justice> 2. *Obs* Flaming : blazing —**fla′grance, fla′gran·cy** *n* —**fla′grant·ly** *adv.*

★ **syns:** FLAGRANT, ARRANT, CAPITAL, EGREGIOUS, GLARING, GROSS, RANK *adj core meaning* : conspicuously bad or offensive <a *flagrant* violation of their civil rights>

**fla·gran·te de·lic·to** (flə-grăn′tē dĭ-lĭk′tō) *adv.* [Med Lat., while the crime is blazing ] In the very act : RED-HANDED.

**flag·ship** (flăg′shĭp′) *n* 1. A ship that carries a fleet or squadron commander and bears his or her flag 2. The chief one of a related group <the *flagship* of a grocery chain>

**flag·staff** (flăg′stăf′) *n* A flagpole.

**flag·stone** (flăg′stōn′) *n* A flat, fine-grained, hard, evenly layered stone split into slabs for use in paving

**flag-wav·ing** (flăg′wā′vĭng) *n.* Fanatical or overzealous patriotism : CHAUVINISM.

**flail** (flāl) *n.* [ME, partly < OE *°flegil,* and partly < OFr. *flaiel,* both < LLat. *flagellum* < *flagrum,* whip.] A manual threshing device consisting of a long wooden handle or staff and a shorter free-swinging stick attached to its end —*v.* **flailed, flail·ing, flails.** —*vt.* 1. To thresh with a flail 2. To beat or strike with or as if with a flail —*vi* 1. To thresh grain 2. To move with a flailing motion

**flair** (flâr) *n.* [Fr < OFr., odor < *flairer,* to smell < LLat *flagrare* < Lat *fragrare,* to emit an odor] 1. A natural talent or aptitude : KNACK <a *flair* for lexicography> 2. Instinctive discernment : KEENNESS <a *flair* for using the right words> 3. Distinctive elegance or style <served us with *flair*>

**flak** (flăk) *n* [G *Flak,* contraction of *Fliegerabwehrkanone* ] 1. a. Antiaircraft artillery b. The bursting shells fired from such artillery 2. *Informal.* a. Excessive or abusive criticism. b. Dissension : opposition

**flake¹** (flāk) *n.* [ME, of Scand orig ] 1. A flat, thin piece or layer : CHIP 2. A small piece : BIT 3. A small crystal of snow 4. *Slang* One