# EXHIBIT J

# THIS DOCUMENT FILED UNDER SEAL

in the case file in the Clerk's office.