| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>JOHN J. REGAN (Pro Hac Vice)<br>DONALD R. STEINBERG (Pro Hac Vice)<br>VINITA FERRERA (Pro Hac Vice)<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>COOLEY GODWARD LLP<br>THOMAS J. FRIEL, JR. (80065)<br>tfriel@cooley.com<br>One Maritime Plaza<br>20th Floor<br>San Francisco, CA 94111-3580<br>Telephone: (415) 693-2000<br>Facsimile: (415) 951-3699<br><br>Attorneys for Plaintiffs<br>ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>KENNETH D. WATNICK (SB# 150936)<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone: (213) 250-1800<br>Facsimile: (213 250-7900<br><br>ALSCHULER GROSSMAN STEIN & KAHAN LLP<br>TERRY D. GARNETT (151212)<br>PETER J. WIED (198475)<br>pwied@agsk.com<br>The Water Garden<br>1620 26th Street, Fourth Floor<br>North Tower<br>Santa Monica, CA 90404-4060<br><br>Attorneys for Defendants<br>Foxconn Electronics, Inc., Foxconn Technology Co., Ltd., and Hon Hai Precision Industry Co. Ltd. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>Foxconn Electronics, Inc., Foxconn Technology Co., Ltd., Hon Hai Precision Industry Co. Ltd., and DOES 2 through 10<br><br>    Defendants. | **Case No. C03-2648 PJH**<br><br>**STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2 and 7-11, the plaintiffs, ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC (collectively, the "Plaintiffs") and the defendants Foxconn Electronics, Inc., Foxconn Technology Co., Ltd. and Hon Hai Precision Industry Co., Ltd. (collectively, the "Defendants") submit this Stipulated Request for Modification of Scheduling Order, seeking to extend (a) the deadline for Meet and Confer for Pretrial Conference

and (b) the time for filing Joint Pretrial Statement. Specifically, the parties propose that the July 6, 2004 Scheduling Order be modified as follows:

|  | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| **Meet and Confer for Pretrial Conference – Deadline** | May 27, 2005 | July 8, 2005 |
| **Joint Pretrial Statement** | June 8, 2005 | July 19, 2005 |

Pursuant to L.R. 6-2, the reasons for the requested modification are set forth below:

1. Given Court's recent Order re Motions for Summary Judgment and Supplemental Claim Construction and the outstanding expert discovery, the parties have met and conferred and agree that it would be more productive to meet and confer and to file the Joint Pretrial Statement at a later time.

2. The proposed schedule complies with the Court's November 14, 2003 Case Management and Pretrial Order, which requires parties to meet and confer for pretrial conference no less than forty calendar days prior to the pretrial conference and to file a joint pretrial statement no less than thirty calendar days prior to the pretrial conference.

3. The parties have sought five previous extensions of the Scheduling Order.

4. The requested modification will have minimal effect on the schedule of this case. The pretrial conference date and trial date are not affected by this stipulation.

//
//
//
//
//
//
//
//

Case No. C03-2648 PJH              2.              **STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER AND [PROPOSED] ORDER**

BOSTON 2296958v1

For the reasons set forth above, the parties respectfully request that the Court order that the July 6, 2004 Scheduling Order be modified as follows:

**Proposed Schedule**

| | |
|---|---|
| **Meet and Confer for Pretrial Conference – Deadline** | July 8, 2005 |
| **Joint Pretrial Statement** | July 19, 2005 |

Respectfully submitted,

| | |
|---|---|
| ATS AUTOMATION TOOLING SYSTEMS, INC. and THERMAL FORM & FUNCTION, LLC | FOXCONN ELECTRONICS, INC., HON HAI PRECISION INDUSTRY CO., LTD., and FOXCONN TECHNOLOGY CO., LTD. |
| By their attorneys, | By their attorneys, |
| /s/ John J. Regan | /s/ Peter J. Wied |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ALSCHULER GROSSMAN STEIN & KAHAN LLP |
| John J. Regan (*Pro Hac Vice*) | Terry D. Garnett (No. 151212) |
| Vinita Ferrera (*Pro Hac Vice*) | Peter J. Wied (No. 198475) |
| Christopher R. Noyes (*Pro Hac Vice*) | Jay C. Chiu (No. 205385) |
| COOLEY CODWARD LLP | LEWIS BRISBOIS BISGAARD & SMITH L.L.P. |
| Thomas J. Friel, Jr. (No. 80065) | Kenneth D. Watnick (No. 150936) |

Dated: May 27, 2005

I affirm under penalty of perjury that permission to file the above Stipulated Request for Modification of Scheduling Order has been obtained from John J. Regan, counsel for Plaintiffs ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC.

Date: May 27, 2005                              By: /s/ Peter J. Wied

PURSUANT TO STIPULATION, IT IS SO ORDERED

6/1/05
_____                            _____
Date                                            United States District Judge

Case No. C03-2648 PJH          3.          **STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER AND [PROPOSED] ORDER**

BOSTON 2296958v1