| | |
|---|---|
| WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>JOHN J. REGAN (Pro Hac Vice)<br>john.regan@wilmerhale.com<br>VINITA FERRERA (Pro Hac Vice)<br>vinita.ferrera@wilmerhale.com<br>CHRISTOPHER NOYES (Pro Hac Vice)<br>christopher.noyes@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>COOLEY GODWARD LLP<br>THOMAS J. FRIEL, JR. (80065)<br>tfriel@cooley.com<br>BRIAN MITCHELL (190095)<br>bmitchell@cooley.com<br>One Maritime Plaza<br>20th Floor<br>San Francisco, CA  94111-3580<br>Telephone:   (415) 693-2000<br>Facsimile:    (415) 951-3699<br><br>Attorneys for Plaintiffs<br>ATS Automation Tooling Systems, Inc. and<br>Thermal Form & Function, LLC | PAUL, HASTINGS, JANOFSKY<br>& WALKER LLP<br>TERRY D. GARNETT (151212)<br>terrygarnett@paulhastings.com<br>PETER J. WIED  (198475)<br>peterwied@paulhastings.com<br>JAY C. CHIU (205385)<br>jaychiu@paulhastings.com<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA  90071-2228<br>Telephone: (213) 683-6000<br>Facsimile:  (213) 627-0705<br><br>Attorneys for Defendants<br>Foxconn Electronics, Inc., Foxconn Technology<br>Co., Ltd., and Hon Hai Precision Industry Co.<br>Ltd. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>Foxconn Electronics, Inc., Foxconn Technology Co., Ltd., Hon Hai Precision Industry Co Ltd.,.<br><br>            Defendants. | CASE NO. C03-2648 PJH (EDL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

STIPULATED REQUEST FOR ORDER
CHANGING TIME
CASE NO. C03-2648 PJH (EDL)

1  WHEREAS Thermal Form & Function, LLC ("TF&F") and ATS Automation
2  Tooling Systems, Inc. ("ATS") (collectively "Plaintiffs"), and Foxconn Electronics, Inc.,
3  Foxconn Technology Co. Ltd., and Hon Hai Precision Industry Co., Ltd. (collectively "Foxconn")
4  are parties to the above-captioned litigation, and

5  WHEREAS the parties have reached an agreement in principle as to some of the
6  terms of a settlement, but require additional time to (a) document that agreement and (b) resolve
7  outstanding differences between the parties on certain terms of that agreement, and

8  WHEREAS the parties wish to avoid unnecessary trial preparations by the Court
9  and the parties.

10  NOW, THEREFORE, IT IS STIPULATED by and between the parties, through
11  their respective counsel, subject to the approval of the Court, that:

12  1.  The pretrial conference scheduled for Thursday, August 18, 2005 is
13  rescheduled to ~~August 30, 2005~~ Sept. 1, 2005; and

14  2.  The parties will file with the Court a status report concerning the progress
15  of settlement discussions by Friday, ~~August 19, 2005~~ August 25, 2005, if a dismissal has not been filed prior to
16  that date.

17  Respectfully submitted,

18
19  ATS AUTOMATION TOOLING             FOXCONN ELECTRONICS, INC., HON HAI
    SYSTEMS, INC. and THERMAL          PRECISION INDUSTRY CO., LTD., and
    FORM & FUNCTION, LLC               FOXCONN TECHNOLOGY CO., LTD.
20
21  By their attorneys,                By their attorneys,

22  /s/ John J. Regan                  /s/ Peter J. Wied
    WILMER CUTLER PICKERING            PAUL, HASTINGS, JANOFSKY
      HALE AND DORR LLP                  & WALKER LLP
23  John J. Regan (*Pro Hac Vice*)     Terry D. Garnett (No. 151212)
    Vinita Ferrera (*Pro Hac Vice*)    Peter J. Wied (No. 198475)
24  Christopher R. Noyes (*Pro Hac Vice*)  Jay C. Chiu (No. 205385)

25  COOLEY CODWARD LLP
    Thomas J. Friel, Jr. (No. 80065)
26

27  Dated:  August 16, 2005
28

1
2     I affirm under penalty of perjury that permission to file the above Stipulated Request for
3  Order Changing Time has been obtained from John J. Regan, counsel for Plaintiffs ATS
4  Automation Tooling Systems, Inc. and Thermal Form & Function, LLC.
5  Date: August 16, 2005                    By: /s/ Peter J. Wied
6
7
8     PURSUANT TO STIPULATION, IT IS SO ORDERED.
9  Dated: 8/17/05
10                                                United States District Judge