| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>JOHN J. REGAN (Pro Hac Vice)<br>john.regan@wilmerhale.com<br>VINITA FERRERA (Pro Hac Vice)<br>vinita.ferrera@wilmerhale.com<br>CHRISTOPHER NOYES (Pro Hac Vice)<br>christopher.noyes@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone:   (617) 526-6000<br>Facsimile:    (617) 526-5000<br><br>COOLEY GODWARD LLP<br>THOMAS J. FRIEL, JR. (80065)<br>tfriel@cooley.com<br>BRIAN MITCHELL (190095)<br>bmitchell@cooley.com<br>One Maritime Plaza<br>20th Floor<br>San Francisco, CA  94111-3580<br>Telephone:   (415) 693-2000<br>Facsimile:    (415) 951-3699<br><br>Attorneys for Plaintiffs<br>ATS Automation Tooling Systems, Inc. and<br>Thermal Form & Function, LLC | TERRY D. GARNETT (151212)<br>terrygarnett@paulhastings.com<br>PETER J. WIED  (198475)<br>peterwied@paulhastings.com<br>JAY C. CHIU (205385)<br>jaychiu@paulhastings.com<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA  90071-2228<br>Telephone:  (213) 683-6000<br>Facsimile:  (213) 627-0705<br><br>Attorneys for Defendants<br>Foxconn Electronics, Inc., Foxconn Technology Co., Ltd., and Hon Hai Precision Industry Co. Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS Automation Tooling Systems, Inc. and Thermal Form & Function, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Foxconn Electronics, Inc., Foxconn Technology Co., Ltd., Hon Hai Precision Industry Co. Ltd., and DOES 2 through 10<br><br>　　　　Defendants. | **Case No. C03-2648 PJH**<br><br>**STIPULATED DISMISSAL** |

Case No. C03-2648 PJH                                             1.                                        STIPULATED DISMISSAL

1  WHEREAS Thermal Form & Function, LLC ("TF&F") and ATS Automation Tooling Systems, Inc. ("ATS") (collectively "Plaintiffs"), and Foxconn Electronics, Inc., Foxconn Technology Co. Ltd., and Hon Hai Precision Industry Co., Ltd. (collectively "Foxconn"), as indicated by the signatures of counsel appearing below, have agreed to the dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure but subject to the terms of this Order and a Confidential Settlement Agreement and Release of Claims ("Settlement Agreement") dated August 31, 2005.

NOW, THEREFORE, it is ordered as follows:

1. The claims by TF&F are hereby dismissed with prejudice to the extent indicated in the Settlement Agreement; and

2. The claims by ATS are hereby dismissed with prejudice; and

3. The counterclaims by Foxconn are hereby dismissed with prejudice to the extent indicated in the Settlement Agreement; and

4. Each party shall bear its own costs and attorneys fees; and

5. After October 17, 2005, but no later than November 1, 2005, the Court shall vacate this dismissal, upon the representation by any party that the consideration in the Settlement Agreement has not been paid as required; and

//
//
//
//
//
//
//
//
//
//
//

6. Notwithstanding this Stipulated Dismissal, Foxconn reserves the right to assert any and all claims or defenses of noninfringement and invalidity with respect to U.S. Patent No. 5,494,098 in any future legal proceeding or action, including, without limitation, in any subsequent action brought by TF&F or its licensee(s).

STIPULATED AND AGREED

Dated: August 31, 2005

| ATS AUTOMATION TOOLING SYSTEMS, INC. and THERMAL FORM & FUNCTION, LLC | FOXCONN ELECTRONICS, INC., FOXCONN TECHNOLOGY CO., LTD., and HON HAI PRECISION INDUSTRY CO. LTD. |
|---|---|
| By their attorneys | By their attorneys |
| *[signature]* | *[signature]* |
| COOLEY GODWARD LLP
Thomas J. Friel, Jr. (80065)
Brian Mitchell (190095)

WILMER CUTLER PICKERING
 HALE AND DORR LLP
John J. Regan (Pro Hac Vice)
Vinita Ferrera (Pro Hac Vice)
Christopher R. Noyes (Pro Hac Vice) | PAUL, HASTINGS, JANOFSKY & WALKER LLP
Terry D. Garnett (151212)
Peter J. Wied (198475)
Jay C. Chiu (205385) |

IT IS SO ORDERED.

Dated: August 31, 2005

_____
United States District Judge